NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ROBERTO CREA,**

*Plaintiff-Appellant,*

**v.**

**CITY OF HOPE, CITY OF HOPE NATIONAL MEDICAL CENTER, and BECKMAN RESEARCH INSTITUTE OF THE CITY OF HOPE,**

*Defendants-Appellees,*

*and*

**DOES 1 THROUGH 20,**

*Defendants.*

---

2011-1106

---

Appeal from the United States District Court for the Central District of California in Case No. 08-CV-6464, Judge George H. Wu.

---

**JUDGMENT**

---

ROBERT J. YORIO, Carr & Ferrell LLP, of Menlo Park, California, argued for plaintiff-appellant. With him on the brief were CHRISTINE S. WATSON and CHRISTOPHER P. GREWE.

JOSEPH M. LIPNER, Irell & Manella LLP, of Los Angeles, California, argued for defendants-appellees.

With him on the brief were DAVID I. GINDLER and LUCY M. STARK.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (BRYSON, MAYER, AND MOORE, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


March 7, 2012                     /s/ Jan Horbaly
Date                              Jan Horbaly
                                  Clerk